B1 (Official Form 1)(04/13)

# United States Bankruptcy Court
## Central District of California

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle): **Evergreen Oil, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all) **33-0059051** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State): **2415 Campus Drive, Ste. 225** **Irvine, CA** ZIP Code **92612** | Street Address of Joint Debtor (No. and Street, City, and State): ZIP Code |
| County of Residence or of the Principal Place of Business: **Orange** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): ZIP Code | Mailing Address of Joint Debtor (if different from street address): ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above): **6880 Smith Avenue Newark, CA 94560** | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors
| ☐ 1-49 | ☐ 50-99 | ☐ 100-199 | ☐ 200-999 | ■ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |

Estimated Assets
| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ■ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |

Estimated Liabilities
| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ■ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Evergreen Oil, Inc.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **Evergreen Environmental Holdings, Inc.** | Case Number: **Unknown** | Date Filed: **4/09/13** |
| District: **Central District of California** | Relationship: **Sole Shareholder of the Debtor** | Judge: |

| **Exhibit A** | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) ☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br> X_____ <br> Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

■ Yes, and Exhibit C is attached and made a part of this petition.
☐ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

■ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Evergreen Oil, Inc. |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X */s/ David Neale*

Signature of Attorney for Debtor(s)

**David L. Neale 141225**
Printed Name of Attorney for Debtor(s)

**Levene, Neale, Bender, Yoo & Brill LLP**
Firm Name

**10250 Constellation Blvd.**
**Suite 1700**
**Los Angeles, CA 90067**
Address

**(310) 229-1234**
Telephone Number

**April 9, 2013**     **141225**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X */s/ William Scotini*
Signature of Authorized Individual

**William Scotini**
Printed Name of Authorized Individual

**Chief Financial Officer**
Title of Authorized Individual

**April 9, 2013**
Date

# CERTIFICATE OF EVERGREEN OIL, INC., A CALIFORNIA CORPORATION AUTHORIZING FILING OF PETITION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE

I, Jacob Voogd, hereby certify as follows:

1. I am the Chairman of the Board of Evergreen Oil, Inc. (the "Company").

2. At a special meeting of the Company's Board of Directors, the following resolutions were duly enacted, and the same remain in full force and effect, without modification, as of the date hereof:

> RESOLVED, that Jacob Voogd is hereby authorized to determine, based upon subsequent events and advice of counsel, whether it is desirable and in the best interests of the Company, its creditors, and other interested parties, that the Company file a Petition under the provisions of Chapter 11 of Title 11, United States Code (the "Bankruptcy Code");
>
> FURTHER RESOLVED, that William Scottini, the current Chief Financial Officer of the Company, and George Lamont, the current Executive Vice President of the Company (together, the "Designated Officers") are hereby authorized and directed on behalf of and in the name of the Company to execute a Chapter 11 bankruptcy petition and all related documents and papers on behalf of the Company in order to enable the Company to commence a Chapter 11 bankruptcy case;
>
> FURTHER RESOLVED, that the Designated Officers are hereby authorized and directed on behalf of and in the name of the Company to execute and file and to cause counsel for the Company to prepare with the assistance of the Company as appropriate all petitions, schedules, lists and other papers, documents and pleadings in connection with the Company's bankruptcy case, and to take any and all action which the Designated Officers deem necessary and proper in connection with the Company's bankruptcy case without further approval of the Board; and

**FURTHER RESOLVED** that the Company hereby retains the law offices of Levene, Neale, Bender, Yoo & Brill L.L.P. as bankruptcy counsel for the Company for purposes of, among other things, representing the Company in its Chapter 11 case.

Dated: March 28, 2013

EVERGREEN OIL, INC.

By: _____
JACOB VOOGD
CHAIRMAN OF THE BOARD

# United States Bankruptcy Court
## Central District of California

In re **Evergreen Oil, Inc.**  Case No.
Debtor(s)  Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **PETROCHEM INSULATION** 110 CORPORATE PLACE VALLEJO, CA 94590 | **PETROCHEM INSULATION** 110 CORPORATE PLACE VALLEJO, CA 94590 | | | 494,216.67 |
| **UNION PACIFIC RAILROAD COMPANY** 5074 COLLECTION CENTER DRIVE CHICAGO, IL 60693 | **UNION PACIFIC RAILROAD COMPANY** 5074 COLLECTION CENTER DRIVE CHICAGO, IL 60693 | | | 405,189.59 |
| **PACIFIC GAS AND ELECTRIC** BOX 997300 SACRAMENTO, CA 95899-7300 | **PACIFIC GAS AND ELECTRIC** BOX 997300 SACRAMENTO, CA 95899-7300 | | | 218,398.85 |
| **AETNA** P.O. Box 31001-1408 PASADENA, CA 91110-1408 | **AETNA** P.O. Box 31001-1408 PASADENA, CA 91110-1408 | | | 213,512.53 |
| **TELSTAR** 1717 SOLANO WAY, UNIT 34 CONCORD, CA 94520 | **TELSTAR** 1717 SOLANO WAY, UNIT 34 CONCORD, CA 94520 | | | 195,218.33 |
| **QUEST RESOURCE MANAGEMENT GROUP, LLC** 7948 FREEDON AVE NW NORTH CANTON, OH 44720 | **QUEST RESOURCE MANAGEMENT GROUP, LLC** 7948 FREEDON AVE NW NORTH CANTON, OH 44720 | | | 146,094.36 |
| **RED GIANT OIL CO.** 1701 S. 3RD.STREET COUNCIL BLUFFS, IA 51503 | **RED GIANT OIL CO.** 1701 S. 3RD.STREET COUNCIL BLUFFS, IA 51503 | | | 144,098.44 |
| **MASHBURN TRANSPORTATION SERVICES, INC.** P.O. BOX 66 TAFT, CA 93268 | **MASHBURN TRANSPORTATION SERVICES, INC.** P.O. BOX 66 TAFT, CA 93268 | | | 142,718.51 |
| **PREMIUM ASSIGNMENT CORPORATION** 3522 THOMASVILLE RD., STE. 400 TALLAHASSEE, FL 32309 | **PREMIUM ASSIGNMENT CORPORATION** 3522 THOMASVILLE RD., STE. 400 TALLAHASSEE, FL 32309 | | | 139,913.86 |

B4 (Official Form 4) (12/07) - Cont.

In re **Evergreen Oil, Inc.** Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| ROBINSON OIL CORP.<br>955 MARTIN AVENUE<br>SANTA CLARA, CA 95050 | ROBINSON OIL CORP.<br>955 MARTIN AVENUE<br>SANTA CLARA, CA 95050 | | | 137,619.24 |
| VERSA ENGINEERING & TECHNOLOGY, INC.<br>1001 GALAXY WAY, .STE. 210<br>CONCORD, CA 94520 | VERSA ENGINEERING & TECHNOLOGY, INC.<br>1001 GALAXY WAY, .STE. 210<br>CONCORD, CA 94520 | | | 113,820.00 |
| CLEAN HARBORS CATALYST TECHNOLOGIES<br>P.O. BOX 3442<br>BOSTON, MA 02241-3442 | CLEAN HARBORS CATALYST TECHNOLOGIES<br>P.O. BOX 3442<br>BOSTON, MA 02241-3442 | | | 107,589.58 |
| ChemPoint.com<br>13727 Collections Center Drive<br>Chicago, IL 60693 | ChemPoint.com<br>13727 Collections Center Drive<br>Chicago, IL 60693 | | | 87,908.01 |
| CERTIFIED COATINGS CO<br>2320 CORDELIA ROAD<br>FAIRFIELD, CA 94534 | CERTIFIED COATINGS CO<br>2320 CORDELIA ROAD<br>FAIRFIELD, CA 94534 | | | 86,050.00 |
| CLEAN HARBORS ENV. SERVICES<br>P.O. BOX 3442<br>BOSTON, MA 02241-3442 | CLEAN HARBORS ENV. SERVICES<br>P.O. BOX 3442<br>BOSTON, MA 02241-3442 | | | 82,418.68 |
| TIGER,INC.<br>1422 E 71ST., STE. J<br>TULSA, OK 74136 | TIGER,INC.<br>1422 E 71ST., STE. J<br>TULSA, OK 74136 | | | 81,612.47 |
| BRAHMA GROUP, INC.<br>1132 SOUTH 500 WEST<br>SALT LAKE CITY, UT 84101 | BRAHMA GROUP, INC.<br>1132 SOUTH 500 WEST<br>SALT LAKE CITY, UT 84101 | | | 78,719.94 |
| RINECO INNOVATIVE WASTE MNGMNT<br>P.O. BOX 729<br>BENTON, AR 72018 | RINECO INNOVATIVE WASTE MNGMNT<br>P.O. BOX 729<br>BENTON, AR 72018 | | | 71,588.29 |
| PEOPLE CORE, INC.<br>103 CONCORD CT.<br>WOOLWICH TOWNSHIP, NJ 08085 | PEOPLE CORE, INC.<br>103 CONCORD CT.<br>WOOLWICH TOWNSHIP, NJ 08085 | | | 71,435.63 |
| COAST COUNTIES PETERBILT LEASING<br>P.O. BOX 757<br>SAN JOSE, CA 95106 | COAST COUNTIES PETERBILT LEASING<br>P.O. BOX 757<br>SAN JOSE, CA 95106 | | | 70,402.92 |

**B4 (Official Form 4) (12/07) - Cont.**

In re  **Evergreen Oil, Inc.**  Case No.
Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Chief Financial Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **April 9, 2013**  Signature  **/s/ William Scottini**
**William Scottini**
**Chief Financial Officer**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

## United States Bankruptcy Court
### Central District of California

In re  **Evergreen Oil, Inc.**  
                                                                           Debtor

Case No. _____

Chapter                    **11**

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Evergreen Environmental Holdings, Inc.**<br>**2415 Campus Drive, Ste. 225**<br>**Irvine, CA 92612** | | **1,000** | **100%** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Chief Financial Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **April  9, 2013**

Signature  **/s/ William Scottini**
                **William Scottini**
                **Chief Financial Officer**

*Penalty for making a false statement or concealing property*:   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

**0**   continuation sheets attached to List of Equity Security Holders

# STATEMENT OF RELATED CASES
# INFORMATION REQUIRED BY LBR 1015-2
# UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
**In re Evergreen Environmental Holdings, Inc. - filed concurrently with Debtor's case.**

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
**None**

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
**None**

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
**None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at **Santa Ana**, California.

Date: **April 9, 2013**

/s/ William Scottini
**William Scottini**
Signature of Debtor

_____
Signature of Joint Debtor

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*     Page 1     **F 1015-2.1.STMT.RELATED.CASES**

Form B203 - Disclosure of Compensation of Attorney for Debtor - (1/88)    1998 USBC, Central District of California

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

In re

**Evergreen Oil, Inc.**

Debtor.

Case No.:

## DISCLOSURE OF COMPENSATION
## OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept           $  **51,167.00**
    Prior to the filing of this statement I have received $  **51,167.00**
    Balance Due                                           $      **0.00**

2. $ **1,213.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

    ■ Debtor    ☐ Other (specify):

4. The source of compensation to be paid to me is:

    ■ Debtor    ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    e. [Other provisions as needed]
        **Advising the Debtor with regard to the requirements of the Bankruptcy Court, Bankruptcy Code, Bankruptcy Rules and the Office of the United States Trustee as they pertain to the Debtor; advising the Debtor with regard to certain rights and remedies of its bankruptcy estate and the rights, claims and interests of creditors; representing the Debtor in any proceeding or hearing in the Bankruptcy Court involving its estate unless the Debtor is represented in such proceeding or hearing by other special counsel; conducting examinations of witnesses, claimants or adverse parties and representing the Debtor in any adversary proceeding except to the extent that any such adversary proceeding is in an area outside of LNBYB's expertise or which is beyond LNBYB's staffing capabilities; preparing and assisting the Debtor in the preparation of reports, applications, pleadings and orders including, but not limited to, applications to employ professionals, interim statements and operating reports, initial filing requirements, schedules and statement of financial affairs, lease pleadings, cash collateral pleadings, financing pleadings, and pleadings with respect to the Debtor's use, sale or lease of property outside the ordinary course of business; representing the Debtor with regard to obtaining use of debtor in possession financing and/or cash collateral including, but not limited to, negotiating and seeking Bankruptcy Court approval of any debtor in possession financing and/or cash collateral pleading or stipulation and preparing any pleadings relating to obtaining use of debtor in possession financing and/or cash collateral; assisting the Debtor in the negotiation, formulation, preparation and confirmation of a plan of reorganization and the preparation and approval of a disclosure statement in respect of the plan; and performing any other services which may be appropriate in LNBRB's representation of the Debtor during its bankruptcy case.**

        **\*This sum reflects the amount of retainer paid by the Debtor to LNBYB prior to the filing of the Debtor's bankruptcy case. The unused portion of the retainer remaining at the time of the Debtor's bankruptcy filing is an**

      **advanced fee payment retainer which will be maintained in a segregated trust account, and which will be paid to LNBYB in accordance with an order of the Bankruptcy Court. The Debtor will be liable to, and LNBYB will be paid from the estate, for all post-petition fees and expenses in excess of the retainer.**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following services
   **Matters which are outside of LNBYB's specialization**

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| **April 9, 2013** | **/s/ David L. Neale** |
|---|---|
| *Date* | **David L. Neale 141225** |
| | *Signature of Attorney* |
| | **Levene, Neale, Bender, Yoo & Brill LLP** |
| | *Name of Law Firm* |
| | **10250 Constellation Blvd.** |
| | **Suite 1700** |
| | **Los Angeles, CA 90067** |
| | **(310) 229-1234** |

# MASTER MAILING LIST
## Verification Pursuant to Local Bankruptcy Rule 1007-2(d)

Name     **David L. Neale 141225**

Address  **10250 Constellation Blvd. Suite 1700 Los Angeles, CA 90067**

Telephone  **(310) 229-1234**

■ Attorney for Debtor(s)
☐ Debtor in Pro Per

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| List all names including trade names used by Debtor(s) within last 8 years: **Evergreen Oil, Inc.** | Case No.: |
| | Chapter: **11** |
| | |

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of __5__ sheet(s) is complete, correct, and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date:  **April 9, 2013**          **/s/ William Scottini**
                                  **William Scottini**/**Chief Financial Officer**
                                  Signer/Title

Evergreen Oil, Inc.
2415 Campus Drive, Ste. 225
Irvine, CA 92612


David L. Neale
Levene, Neale, Bender, Yoo & Brill LLP
10250 Constellation Blvd.
Suite 1700
Los Angeles, CA 90067


U.S. Trustee
Ernst & Young Plaza
725 S. Figueroa Street, 26th Floor
Los Angeles, CA 90017


AETNA
P.O. Box 31001-1408
PASADENA, CA 91110-1408


Alameda County Tax Collector
Unsecured Taxes Division
1221 Oak Street
Oakland, CA 94612


Bank Of The West
2035 Fresno St. 6th Floor
Fresno, CA 93721


Bank Of The West
300 South Grand Ave., 5th Floor
Los Angeles, CA 90071


BRAHMA GROUP, INC.
1132 SOUTH 500 WEST
SALT LAKE CITY, UT 84101

CERTIFIED COATINGS CO
2320 CORDELIA ROAD
FAIRFIELD, CA 94534


ChemPoint.com
13727 Collections Center Drive
Chicago, IL 60693


CLEAN HARBORS CATALYST TECHNOLOGIES
P.O. BOX 3442
BOSTON, MA 02241-3442


CLEAN HARBORS ENV. SERVICES
P.O. BOX 3442
BOSTON, MA 02241-3442


COAST COUNTIES PETERBILT LEASING
P.O. BOX 757
SAN JOSE, CA 95106


De Lage Landen Financial
Services, Inc.
1111 Old Eagle School Road
Wayne, PA 19087


Doosan Global Finance
1111 Old Eagle School Road
Wayne, PA 19087


Employment Development Department
PO Box 826880
Sacramento, CA 94280

Great America Leasing Corporation
625 First Street
Cedar Rapids, IA 52401-2030


Guggenheim Corporate Funding, LLC
135 East 57th Street
New York, NY 10022


Les Schwab Warehouse Center, Inc.
PO Box 5350
Bend, OR 97708


MASHBURN TRANSPORTATION
SERVICES, INC.
P.O. BOX 66
TAFT, CA 93268


PACIFIC GAS AND ELECTRIC
BOX 997300
SACRAMENTO, CA 95899-7300


PEOPLE CORE, INC.
103 CONCORD CT.
WOOLWICH TOWNSHIP, NJ 08085


PETROCHEM INSULATION
110 CORPORATE PLACE
VALLEJO, CA 94590


PREMIUM ASSIGNMENT CORPORATION
3522 THOMASVILLE RD., STE. 400
TALLAHASSEE, FL 32309

QUEST RESOURCE MANAGEMENT
GROUP, LLC
7948 FREEDON AVE NW
NORTH CANTON, OH 44720


RED GIANT OIL CO.
1701  S. 3RD.STREET
COUNCIL BLUFFS, IA 51503


RINECO INNOVATIVE WASTE MNGMNT
P.O. BOX 729
BENTON, AR 72018


ROBINSON OIL CORP.
955 MARTIN AVENUE
SANTA CLARA, CA 95050


State of California Dept of Toxic
Substance Control
330 S. Spring St. 5th FL-NorthTower


TELSTAR
1717 SOLANO WAY, UNIT 34
CONCORD, CA 94520


TIGER,INC.
1422 E 71ST., STE. J
TULSA, OK 74136


TIMEC Co. Inc. dba Transfield
Services America Resources & Energy
1330 Post Oak Blvd, Ste 1250
Houston, TX 77056

U.S. Bank Equipment Finance
1310 Madrid Street
Marshall, MN 56258


UNION PACIFIC RAILROAD COMPANY
5074 COLLECTION CENTER DRIVE
CHICAGO, IL 60693


US Bancorp
1310 Madrid Street
Marshall, MN 56258


VERSA ENGINEERING &
TECHNOLOGY, INC.
1001 GALAXY WAY, .STE. 210
CONCORD, CA 94520


Wells Fargo Bank, N.A.
300 Tri-State International
Suite 400
Lincolnshire, IL 60069

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| David L. Neale<br>Levene, Neale, Bender, Yoo & Brill LLP<br>10250 Constellation Blvd.<br>Suite 1700<br>Los Angeles, CA 90067<br>(310) 229-1234<br>141225<br>☒ *Attorney for:* Debtor in Possession | |
| **UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA** | |
| In re:<br><br>Evergreen Oil, Inc.<br>Debtor(s). | CASE NO.:<br>CHAPTER: **11**<br>ADV. NO.: |

## ELECTRONIC FILING DECLARATION
### (CORPORATION/PARTNERSHIP)

☒ Petition, statement of affairs, schedules or lists        Date Filed: **April 9, 2013**
☐ Amendments to the petition, statement of affairs, schedules or lists        Date Filed:
☒ Other: _____        Date Filed: **April 9, 2013**

### PART I - DECLARATION OF AUTHORIZED SIGNATORY OF DEBTOR OR OTHER PARTY

I, the undersigned, hereby declare under penalty of perjury that: (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature on behalf of the Filing Party and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature lines; (5) I have actually signed a true and correct hard copy of the Filed Document in such places on behalf of the Filing Party and provided the executed hard copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California.

_____      **April 9, 2013**
*Signature of Authorized Signatory of Filing Party*      Date

**William Scottini**
*Printed Name of Authorized Signatory of Filing Party*

**Chief Financial Officer**
*Title of Authorized Signatory of Filing Party*

### PART II - DECLARATION OF ATTORNEY FOR FILING PARTY

I, the undersigned Attorney for the Filing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed the *Declaration of Authorized Signatory of Debtor or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by "/s/," followed by the name of the Filing Party's authorized signatory, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration, the Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration, the Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document available for review upon request of the Court or other parties.

_____      **April 9, 2013**
*Signature of Attorney for Filing Party*      Date

**David L. Neale 141225**
*Printed Name of Attorney for Filing Party*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.
*November 2006*