1    PETER C. ANDERSON
     United States Trustee
2    Frank Cadigan (Bar No. 95666)
     Assistant United States Trustee
3    Ronald Reagan Federal Building & U.S. Courthouse
     411 West Fourth Street, Suite 9041
4    Santa Ana, CA  92701-8000
     Telephone: (714) 338-3400
5    Facsimile: (714) 338-3421
     Email: Frank.Cadigan@usdoj.gov
6

7                        UNITED STATES BANKRUPTCY COURT
                          CENTRAL DISTRICT OF CALIFORNIA
8                              SANTA ANA DIVISION
9

10   In re:                                  CASE NUMBER:  8:13-bk-13163-SC

11   Evergreen Oil, Inc.                     CHAPTER 11

12
                                             APPOINTMENT AND NOTICE OF
13                                           APPOINTMENT OF COMMITTEE OF
                                             CREDITORS HOLDING UNSECURED
14                           Debtor          CLAIMS

15

16

17       **TO THE HONORABLE SCOTT CLARKSON, UNITED STATES BANKRUPTCY
     JUDGE, DEBTOR, DEBTOR'S ATTORNEY AND PARTIES IN INTEREST:**
18

19       Pursuant to 11 U.S.C. §1102(a)(1), the undersigned hereby appoints the following five (5)

20   members to serve on a Committee of Creditors holding unsecured claims.

21                          **SEE EXHIBIT "A" ATTACHED**

22

23   Dated:  April 24, 2013                  Respectfully submitted,

24                                           PETER C. ANDERSON
                                             UNITED STATES TRUSTEE
25

26                                    By:    */s/ Frank Cadigan*
                                             Frank Cadigan
27                                           Assistant United States Trustee

28

IN RE:  Evergreen Oil, Inc.

Case No.:  8:13-bk-13163-SC


**Petrochem Insulation, Inc.**
Attn: Stephen Louis
110 Corporate Place
Vallejo, CA 94590
Telephone (707) 644-7455
**OR**  Attorney Rebecca Lessley
215 N. Marengo Ave., 3rd Floor
Pasadena, CA 91101
Telephone (626) 578-1983


**Telstar Instruments**
Attn: Roberts S. Marston, Jr. and/or June Johnson
1717 Solano Way, Unit 34
Concord, CA 94520
Telephone (925) 671-2888

**VERSA Engineering & Technology, Inc.**
Attn: Fred Fong
1001 Galaxy Way 5210
Concord, CA 94520
Telephone (925) 405-4511

**Mashburn Transportation Services, Inc.**
Attn: Michael Mashburn
PO Box 66
Taft, CA 93268
Telephone (661) 763-5724

**People Core Inc.**
Attn: Edward Topolewski
Kline & Topolewski, PC
1601 Market St., Suite 2600
Philadelphia, PA 19103
Telephone (201) 805-6498

EXHIBIT A

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

OFFICE OF THE U.S. TRUSTEE, 411 W. 4th St., #9041, Santa Ana, CA  92701

A true and correct copy of the foregoing document entitled (*specify*): **APPOINTMENT AND NOTICE OF APPOINTMENT OF COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **April 24, 2013,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Jennifer K Brooks    jennifer.brooks@kattenlaw.com, ecf.lax.docket@kattenlaw.com
- Nancy S Goldenberg    nancy.goldenberg@usdoj.gov
- Robert A Klyman    robert.klyman@lw.com, kathryn.bowman@lw.com;sabina.jacobs@lw.com
- Mette H Kurth    kurth.mette@arentfox.com
- Shawn C Luna    sluna@sidley.com
- David L. Neale    dln@lnbrb.com
- Juliet Y Oh    jyo@lnbrb.com, jyo@lnbrb.com
- David M Poitras    dpoitras@jmbm.com, bt@jmbm.com
- Lindsey L Smith    lls@lnbyb.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Joshua F Young    jyoung@gslaw.org, djury@usw.org

**2. SERVED BY UNITED STATES MAIL**:  On **April 24, 2013,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Evergreen Oil, Inc**.,** 2415 Campus Drive, Ste. 225, Irvine, CA 92612

SEE ATTACHED EXHIBIT A

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **April 24, 2013,** I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Honorable Scott Clarkson–bin on the 5th fl.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 4/24/13 | Tari King | /s/ Tari King |
|---------|-----------|---------------|
| *Date*  | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.