| | |
|---|---|
| 1 | Alan I. Nahmias, Esq., SBN 125140 |
|   | Scott H. Noskin, Esq., SBN 164923 |
| 2 | MIRMAN, BUBMAN & NAHMIAS, LLP |
|   | 21860 Burbank Boulevard, Suite 360 |
| 3 | Woodland Hills, CA  91367 |
|   | Telephone:  (818) 451-4600 |
| 4 | Facsimile:   (818) 451-4620 |
| 5 | Proposed Counsel for Official Committee |
|   | Of Unsecured Creditors |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SANTA ANA DIVISION

In Re:

EVERGREEN OIL, INC.,

　　　Debtor.

Jointly Administered Debtors
And Debtors-in-Possession

Affects:

☐　　Evergreen Oil, Inc., Only
☐　　Evergreen Environmental Holdings, Inc., Only
☒　　All Debtors.

Case No. 8:13-bk-13163-SC

Jointly Administered With:
Case No. 8:13-bk-13168

Chapter 11

**NOTICE OF APPEARANCE OF ATTORNEY ALAN I. NAHMIAS AS PROPOSED COUNSEL FOR OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

[No Hearing Required - Local Bankruptcy Rule 2014-1(b)]

**TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

　　　**PLEASE TAKE NOTICE** that attorney Alan I. Nahmias of the Law Firm of Mirman, Bubman & Nahmias, LLP hereby makes his appearance as Proposed Counsel for the Official Committee of Unsecured Creditors.

///

///

00265918　　　　　　　　　　　　　**NOTICE OF APPEARANCE**

1         All pleadings, discovery, correspondence, and other material should be served upon
2 counsel at the above-referenced address. Counsel requests to be put on the ECF notice for this
3 case.

4 Dated: April 29, 2013                        Respectfully submitted,

5                                              MIRMAN, BUBMAN & NAHMIAS, L.L.P.

6

7                                              By: _____
8                                                   ALAN I. NAHMIAS
                                                  Attorneys for Proposed Counsel for Official
                                                  Committee of Unsecured Creditors

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

00265918                                         **NOTICE OF APPEARANCE**

# PROOF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 21860 Burbank Boulevard, Suite 360, Woodland Hills, CA 91367

A true and correct copy of the foregoing document entitled: **NOTICE OF APPEARANCE OF ATTORNEY ALAN I. NAHMIAS AS PROPOSED COUNSEL FOR OFFICIAL COMMITTEE OF UNSECURED CREDITORS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **April 30, 2013**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- ☐ Nancy S Goldenberg nancy.goldenberg@usdoj.gov
- ☐ Robert A Klyman robert.klyman@lw.com, kathryn.bowman@lw.com;sabina.jacobs@lw.com
- ☐ Mette H Kurth kurth.mette@arentfox.com
- ☐ Shawn C Luna sluna@sidley.com
- ☐ David L. Neale dln@lnbrb.com
- ☐ Juliet Y Oh jyo@lnbrb.com, jyo@lnbrb.com
- ☐ David M Poitras dpoitras@jmbm.com, bt@jmbm.com
- ☐ Lindsey L Smith lls@lnbyb.com
- ☐ United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov
- ☐ Joshua F Young jyoung@gslaw.org, djury@usw.org
- ☐ Alan I. Nahmiah anahmias@mbnlawyers.com

**2. SERVED BY UNITED STATES MAIL**: On **April 30, 2013**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

U.S. Trustee - Santa Ana
411 West Fourth St., Suite 9041
Santa Ana, CA 92701-8000

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **April 30, 2013**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

*Served via Overnight Mail*
Honorable Scott Clarkson
U.S. Bankruptcy Court
411 West Fourth Street, Room 5113
Santa Ana, CA 92701-4593

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| April 30, 2013 | Dottie Smith | /s/ Dottie Smith |
|---|---|---|
| Date | Type Name | Signature |